1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE GUADALUPE VASQUEZ,                      No. 2:24-cv-00684-TLN-AC

12                 Plaintiff,

13          v.                                     **ORDER**

14    MARKET SQUARE, et al.,

15                 Defendants.

16

17          Plaintiff Jose Guadalupe Vasquez ("Plaintiff"), a state prisoner proceeding pro se, filed

18    this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 28, 2025, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  (ECF No. 14.)   Plaintiff has not

23    filed objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  The Court has reviewed the file and finds

27    the findings and recommendations to be supported by the record and by the magistrate judge's

28    analysis.

                                              1

1  Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations (ECF No. 14) are adopted in full; and

3          2.  The Complaint is dismissed for failure to state a claim for the reasons set forth in the

4  April 1, 2025, Screening Order (ECF No. 10).  *See* L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. §

5  1915A.

   IT IS SO ORDERED.

6

7  Date: September 26, 2025

8

9

10  _____
    TROY L. NUNLEY
11  CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2